The following constitutes
the order of the court. Signed February 25, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re | Case No. 13-46429 RLE
SHAWN MICHELLE HOLDEN, | Chapter 13
    Debtor.

**ORDER CONVERTING CASE TO CHAPTER 7**

Debtor filed the above-captioned chapter 13 case on December 1, 2013. The Debtor's Second Amended Chapter 13 Plan was confirmed on April 4, 2014 (the "Confirmed Plan"). The Confirmed Plan provided, in part, that Debtor would make a lump sum payment of $70,000 in December 2014 from the refinance of Debtor's real property located at 37155 Holly Street, Fremont, CA. See Docket #29.

/ / / /

/ / / /

As of January 20, 2015, Debtor had not refinanced the property, nor had Debtor made the lump sum payment required by the Confirmed Plan. Thus, the chapter 13 Trustee filed a Motion to Dismiss the case pursuant to 11 U.S.C. § 1307(c) on the ground that Debtor had failed to comply with the Confirmed Plan and therefore, was in material default (the "Motion to Dismiss"). Debtor failed to respond to the Motion to Dismiss and on February 20, 2015, the chapter 13 Trustee filed a declaration, seeking an order granting the Motion to Dismiss by default.

Section 1307(c) provides that on request of a party in interest and after notice and a hearing, the court may dismiss or convert a case, **whichever is in the best interests of creditors and the estate**, for cause. Here, the chapter 13 Trustee requested dismissal of the case. However, it appears to the court that conversion to chapter 7 would be in the best interest of creditors and the estate as it is the remedy would give creditors the benefit of the Confirmed Plan (i.e., proceeds from the sale of the Property by a chapter 7 trustee).

For the foregoing reasons and good cause appearing,

IT IS HEREBY ORDERED that the case is converted to chapter 7, effective immediately.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

\*\*\*All Participants\*\*\*